**Order filed February 23, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-01095-CV

————————

**NANA C. GRAHAM, Appellant**

**V.**

**DANNY JOE GRAHAM, Appellee**

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 001076817**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the Court informed this court that appellant had not made arrangements for payment for the reporter's record. On January 19, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **March 26, 2012.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.

PER CURIAM